

**ORDERED in the Southern District of Florida on March 05, 2010.**

                                                       **Laurel M. Isicoff, Judge**
                                                       **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 09-27168-BKC-LMI |
| | Chapter 11 |
| CABI DOWNTOWN, LLC, | Adv. Proc. No.: 09-02195-LMI |
|      Debtor. | |
| ENRIQUE AREVALO, *et al.,* | |
|      Plaintiffs, | |
| v. | |
| CABI DOWNTOWN, LLC, SIEGFRIED, RIVERA, LERNER, DE LA TORRE & SOBEL, P.A., and BANK OF AMERICA, N.A., | |
|      Defendants. | |

Adv. Proc. No.: 09-02195-LMI

# AGREED ORDER GRANTING DEFENDANT'S EX-PARTE UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED ADVERSARY COMPLAINT

THIS CAUSE having come before this Court on Defendant, Cabi Downtown, LLC's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's First Amended Adversary Complaint [DE 25], and this Court having read the Motion, being advised of the agreement of counsel and it appearing that good cause exists to grant the relief requested, hereby

ORDERS AND ADJUDGES that:

1. Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's First Amended Adversary Complaint Demand for Return of Condominium Purchasers' Deposits is GRANTED.

2. Cabi Downtown, LLC shall file its Response to Plaintiff's First Amended Adversary Complaint Demand for Return of Condominium Purchasers' Deposits on or before April 5, 2010.

3. Bank of America, N.A., shall file its Response to Plaintiff's First Amended Adversary Complaint Demand for Return of Condominium Purchasers' Deposits on or before April 5, 2010.

# # #

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service